UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

NATIONAL FIRE INSURANCE COMPANY,

    Plaintiff,

    v.

BRANDON PETERSON, and LORI HANKEL, personal representative of the Estate of Daniel R. Taylor,

    Defendants.

NO. CV-10-086-JLQ

**ORDER DENYING AS MOOT MOTIONS FOR SUMMARY JUDGMENT**

    The court heard argument on the parties' cross-motions for summary judgment on April 11, 2011, and took the motions under submission. On or about April 29, 2011, counsel advised the court that this matter had been resolved. The cross-motions for summary judgment therefore no longer present an active controversy for the court to resolve. Accordingly,

    **IT IS HEREBY ORDERED**:

    1. Defendants' Motion for Summary Judgment (ECF No. 34) and Plaintiff's Motion for Summary Judgment (ECF No. 39) are both **DENIED AS MOOT**.

    2. On or before **June 15, 2011**, the parties shall file a stipulated motion to dismiss this cause, or shall file a joint status report setting forth the reasons why the action should not be dismissed.

    **IT IS SO ORDERED**. The Clerk is hereby directed to enter this Order and furnish copies to counsel.

    **DATED** this 26th day of May, 2011.

                            s/ Justin L. Quackenbush
                              JUSTIN L. QUACKENBUSH
                      SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 1