UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NATIONAL FIRE INSURANCE COMPANY,<br><br>       Plaintiff,<br><br>   v.<br><br>BRANDON PETERSON, and LORI HANKEL, personal representative of the Estate of Daniel R. Taylor,<br><br>       Defendants. | NO. CV-10-086-JLQ<br><br>**ORDER GRANTING STIPULATED MOTION TO DISMISS AND DIRECTING ENTRY OF JUDGMENT** |

   BEFORE THE COURT is the parties' "Stipulation for Order to Dismiss Claims with Prejudice" (ECF No. 53) wherein the parties agree to dismiss all claims and counterclaims with prejudice.

 Accordingly,

   **IT IS HEREBY ORDERED**:

   1.  The Stipulated Motion to Dismiss (ECF No. 53) is **GRANTED**.

   2.  The Clerk of this court shall enter judgment of dismissal **with** prejudice of the Complaint (ECF No. 1) and the claims therein and of the Counterclaim (ECF No. 19) with prejudice.  The Judgment shall be without costs or attorneys fees to any party.

   **IT IS SO ORDERED**.  The Clerk is hereby directed to enter this Order, enter judgment, and furnish copies to counsel, and close this file.

   **DATED** this 28th day of May, 2011.

                         s/ Justin L. Quackenbush
                       JUSTIN L. QUACKENBUSH
                   SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 1