AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

NATIONAL FIRE INSURANCE COMPANY,

        Plaintiff,

        v.

BRANDON PETERSON, and LORI HANKEL, personal representative of the Estate of Daniel R. Taylor,

        Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-10-086-JLQ

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment of dismissal with prejudice of the Complaint and the claims therein and of the Counterclaim with prejudice is entered, without costs or attorneys fees to any party.

May 31, 2011
*Date*

JAMES R. LARSEN
*Clerk*
s/ Shirley Peters
*(By) Deputy Clerk*
Shirley Peters